UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RST (2005), INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANIES 1-100, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) **05-11680 WGY** <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF RST (2005), INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff RST (2005), Inc., by and through its attorneys, states that it does not have a parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted

RST (2005), INC.

By its attorneys,

Dated: August 12, 2005

_____
John J. Rosenberg (BBO No. 428340)
jrosenberg@sandw.com
William T. Matlack (BBO No. 552109)
wmatlack@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
Fax: (617) 338-2880

and

Barry I. Slotnick
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

{B0431925; 1}