UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RST (2005), INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANIES 1-100, <br><br> Defendants. | Civil Action No. 05-11680WGY |

### **PLAINTIFF'S MOTION TO ADMIT BARRY I. SLOTNICK *PRO HAC VICE***

Plaintiff RST (2005), Inc., by its undersigned counsel of record, hereby moves pursuant to Local Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts that Barry I. Slotnick, Esq., an attorney with the law firm of Loeb & Loeb LLP, be admitted to appear *pro hac vice* and practice in this Court in this case on behalf of the Plaintiff.

Mr. Slotnick is a member in good standing of the Bar of the State of New York, as well as the Bars of the New York Court of Appeals, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Western District of New York, the U.S. District Court for the Eastern District of Wisconsin, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. There are no disciplinary proceedings pending against Mr. Slotnick in any jurisdiction, and Mr. Slotnick is familiar with the Local Rules of this Court.

{B0432016; 2}

The declaration of Mr. Slotnick attesting to the foregoing is submitted herewith.

                    RST (2005), INC.

                    By its attorneys,

Dated:  August 17, 2005          /s/ William T. Matlack
                                      John J. Rosenberg (BBO No. 428340)
                                          jrosenberg@sandw.com
                                      William T. Matlack (BBO No. 552109)
                                          wmatlack@sandw.com
                                      SULLIVAN & WORCESTER LLP
                                      One Post Office Square
                                      Boston, Massachusetts 02109
                                      (617) 338-2800
                                      Fax:  (617) 338-2880

{B0432016; 2}

- 3 -

## **LOCAL RULE 7.1 CERTIFICATION**

Because the identities of Defendants John and Jane Does 1-100 and XYZ Corporation 1-100, and their counsel, are not presently known, counsel is unable to attempt to confer with counsel for Defendants.

Dated:  August 17, 2005

/s/ William T. Matlack
John J. Rosenberg (BBO No. 428340)
    jrosenberg@sandw.com
William T. Matlack (BBO No. 552109)
    wmatlack@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800
Fax:  (617) 338-2880