UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RST (2005), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11680WGY |
| ) | |
| JOHN DOES 1-100, JANE DOES 1-100, ) | |
| AND XYZ COMPANIES 1-100, ) | |
| ) | |
| Defendants. ) | |

### **DECLARATION OF BARRY I. SLOTNICK**

Barry I. Slotnick, under the pains and penalties of perjury, deposes and states the following:

1. I am a member of the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154-0037.

2. I am a member in good standing of the Bar of the State of New York, as well as the Bars of the New York Court of Appeals, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Western District of New York, the U.S. District Court for the Eastern District of Wisconsin, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

3. I am a member in good standing of the Bars in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

{B0432010; 1}

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. The plaintiff has requested that I represent it in this litigation.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: August 17, 2005                    /s/ Barry I. Slotnick
                                          Barry I. Slotnick

{B0432010; 1}