UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------------- X

RST (2005), INC.,

    Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANIES 1-100,

    Defendants.
------------------------------------------------------------- X

Case No. 05-11680 (WGY)

DECLARATION OF SERVICE

*[handwritten annotation: "White T's" and "4 White"]*

I, _Peter Merluzzi_ [server], personally served the Order of Preliminary Injunction, dated August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones and the memorandum of law on _John Doe AKA Berry_ [defendant] _No I.D._ by delivering true copies thereof to said person on the _21st_ day of _August_, 2005, at _Fenway Park, Boston, MA_ [location].

I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|---|---|---|---|---|
| **White Skin** (circled) | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | Red Hair | **21-35** (circled) |
| Yellow Skin | 5'4"-5'8" | **131-160 lbs.** (circled) | Brown Hair | 36-50 |
| Brown Skin | **5'9"-6'0"** (circled) | 161-200 | **Blond Hair** (circled) | 51-65 |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
| | | | Gray Hair | |
| | | | Balding | |

Other identifying features: _____. The individual served gave his/her address as: _Boston, MA_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: 8/21/05

_Peter A. Merluzzi_
Signature of Server

NY434848.1