UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------------- X

RST (2005), INC.,

    Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANIES 1-100,

    Defendants.
------------------------------------------------------------- X

Case No. 05-11680 (WGY)

**DECLARATION OF SERVICE**

7 Black T's

I, _Peter A. Merlutti_, personally served the Order of Preliminary Injunction, dated
    [server]

August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones

and the memorandum of law on _William L. Casey_ by delivering true copies thereof to
                                 [defendant]

said person on the _23_ day of _August_, 2005, at _Fenway Park, Boston, MA_.
                                                                                                          [location]

I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|---|---|---|---|---|
| (White Skin) | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | Red Hair | 21-35 |
| Yellow Skin | (5'4"-5'8") | (131-160 lbs.) | Brown Hair | 36-50 |
| Brown Skin | 5'9"-6'0" | 161-200 | Blond Hair | (51-65) |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
|  |  |  | (Gray Hair) |  |
|  |  |  | Balding |  |

Other identifying features: _____. The individual served gave

his/her address as: _381 Main St, Charlestown, MA_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _8/23/05_

_____
Signature of Server

NY434848.1