UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------------ X

RST (2005), INC.,                                            :

                 Plaintiff,                 :

        -against-                        :

JOHN DOES 1-100, JANE DOES 1-100, and             :
XYZ COMPANIES 1-100,                              :

              Defendants.                :

------------------------------------------------------------ X

Case No. 05-11680 (WGY)

**DECLARATION OF SERVICE**

*7 WhiTE 7's*

I, _Peter A. Merluzzi_, personally served the Order of Preliminary Injunction, dated
     [server]

August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones

and the memorandum of law on _John Doe AKO Summy_ by delivering true copies thereof to
               [defendant]

said person on the _26_ day of _August_, 2005, at _Hartford, Ct._.
                                                     [location]

I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|---|---|---|---|---|
| ~~White Skin~~ | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | ~~Red Hair~~ | ~~21-35~~ |
| Yellow Skin | ~~5'4"-5'8"~~ | ~~131-160 lbs.~~ | Brown Hair | 36-50 |
| Brown Skin | 5'9"-6'0" | 161-200 | Blond Hair | 51-65 |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
| | | | Gray Hair | |
| | | | Balding | |

Other identifying features: _____. The individual served gave

his/her address as: _Boston, Ma   No I.D._.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _8/26/05_

_____
Signature of Server

NY434848.1