UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------ X
                                                      :
RST (2005), INC.,                                     :        Case No. 05-11680 (WGY)
                                                      :
                        Plaintiff,                    :        DECLARATION OF SERVICE
                                                      :
                    -against-                         :
                                                      :                          _4 White T's_
JOHN DOES 1-100, JANE DOES 1-100, and                 :
XYZ COMPANIES 1-100,                                  :
                                                      :
                    Defendants.                       :
------------------------------------------------------ X

I, _Peter A. Maclazzi_, personally served the Order of Preliminary Injunction, dated
       [server]

August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones

and the memorandum of law on _James Crawfield_ by delivering true copies thereof to
                                [defendant]

said person on the _26_ day of _August_, 2005, at _Hartford Ct_.
                                                            [location]

    I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|-------|--------|--------|------------|-----|
| White Skin | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | Red Hair | 21-35 |
| Yellow Skin | 5'4"-5'8" | 131-160 lbs. | Brown Hair | 36-50 |
| Brown Skin | 5'9"-6'0" | 161-200 | Blond Hair | 51-65 |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
|  |  |  | Gray Hair |  |
|  |  |  | Balding |  |

Other identifying features: _____. The individual served gave

his/her address as: _P.O. Box 4 Titsville, N.J. 08652_.

    I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _8/26_/05

                                        _Peter A. Maclazzi_
                                        Signature of Server

NY434848.1