UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------------ X

RST (2005), INC.,

        Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANIES 1-100,

        Defendants.
------------------------------------------------------------ X

Case No. 05-11680 (WGY)

**DECLARATION OF SERVICE**

6 WHITE TS
6

I, _Peter A. Merluzzi_ [server], personally served the Order of Preliminary Injunction, dated August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones and the memorandum of law on _Jane Doe AKA Megan_ [defendant] by delivering true copies thereof to said person on the _21st_ day of _August_, 2005, at _Fenway Park, Boston, MA_ [location].

I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|---|---|---|---|---|
| White Skin | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | Red Hair | 21-35 |
| Yellow Skin | 5'4"-5'8" | 131-160 lbs. | Brown Hair | 36-50 |
| Brown Skin | 5'9"-6'0" | 161-200 | Blond Hair | 51-65 |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
| | | | Gray Hair | |
| | | | Balding | |

(Circled: Black Skin, 5'-5'3", Under 100 lbs., Black Hair, 14-20)

Other identifying features: _____. The individual served gave his/her address as: _Boston, Mass_  _No I.D._.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _8/21/05_

_____
Signature of Server

NY434848.1