UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------------------------ X

RST (2005), INC.,

        Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANIES 1-100,

        Defendants.
------------------------------------------------------------ X

Case No. 05-11680 (WGY)

DECLARATION OF SERVICE

11 White T's

I, _Peter A Mulery_ [server], personally served the Order of Preliminary Injunction, dated August 19, 2005, the Summons and Complaint, the declarations of Barry I. Slotnick and Nick Jones and the memorandum of law on _James M. Sbarra_ [defendant] by delivering true copies thereof to said person on the _21st_ day of _August_, 2005, at _Fenway Park, Boston, MA_ [location].

I describe the individual served as follows:

| COLOR | HEIGHT | WEIGHT | HAIR COLOR | AGE |
|---|---|---|---|---|
| **(White Skin)** | Under 5" | Under 100 lbs. | Black Hair | 14-20 |
| Black Skin | 5'-5'3" | 100-130 lbs. | **(Red Hair)** | 21-35 |
| Yellow Skin | 5'4"-5'8" | 131-160 lbs. | Brown Hair | **(36-50)** |
| Brown Skin | **(5'9"-6'0")** | **(161-200)** | Blond Hair | 51-65 |
| Red Skin | Over 6'1" | Over 200 lbs. | White Hair | Over 65 |
| | | | Gray Hair | |
| | | | Balding | |

Other identifying features: _____. The individual served gave his/her address as: _P.O. Box 4 Titusville, N.J. 08652_.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: _8/21/05_

                          _Peter Mulery_
                          Signature of Server

NY434848.1